JKM

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Turhan Andrea Cook, | No. CV 1-08-01402-SMM |
| Plaintiff, | **ORDER** |
| vs. | |
| State of California Department of Corrections, et al., | |
| Defendants. | |

In a June 30, 2009 Order (Doc. # 10), the Court directed Plaintiff to either pay the $350.00 filing fee or show good cause why he is unable to pay the fee. The Order warned Plaintiff as follows:

> If Plaintiff fails, within 30 days from the filing date of this Order, either to pay the $350.00 balance of the court filing fee or to show good cause why he is unable to pay the balance of the filing fee, the Clerk of Court must enter a judgment of dismissal of this action without prejudice or further notice.

(Doc. #10 at 3.)

More than 30 days have passed since the Court's June 30, 2009 Order was filed. Plaintiff has not either paid the filing fee or demonstrated good cause for his failure to pay the fee. In accordance with the Court's June 30, 2009 Order, the Court will direct the Clerk of Court to enter a judgment of dismissal of this case, without prejudice. See FED. R. CIV. P. 41(b); Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (a district court may dismiss an action for failure to comply with any order of the court).

**JDDL**

1  Accordingly,

2  **IT IS ORDERED** that the Clerk of Court must enter a judgment of **dismissal** of this
3  action, **without prejudice**.

4  DATED this 1st day of September, 2009.

Stephen M. McNamee
United States District Judge